IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          Criminal No. 2:00-cr-20015
                            Civil No. 2:20-cv-02141

ROY ADRIN HOGGARD, II                                                 DEFENDANT

## ORDER

The Court has received a Report and Recommendation (ECF No. 103) from United States Magistrate Judge Barry A. Bryant. Movant, Roy Adrin Hoggard, II, proceeding in *pro se*, has filed a Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 96) pursuant to 28 U.S.C. § 2255. As grounds for relief, the Motion alleges two counts of ineffective assistance of counsel, double jeopardy in violation of the Fifth Amendment, and cruel and unusual punishment in violation of the Eighth Amendment. Upon review, the Magistrate recommended that the Motion be denied as time-barred by the one-year statute of limitations set forth in the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA). The Magistrate also recommended that no certificate of appealability issue. Movant timely filed an Objection to the Report and Recommendation (ECF No. 104), and the matter is now ripe for consideration.

Having conducted a *de novo* review of the portions of the report and recommendation to which Movant has objected, 28 U.S.C. 636(b)(1), this Court finds the Objections offer neither law nor fact requiring departure from the Magistrate's findings.

1

2

Accordingly, the report and recommendation (ECF No. 103) is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the Motion (ECF No. 96) should be and hereby is DENIED.

SO ORDERED this 26th day of January 2021.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE